# UNITED STATES DISTRICT COURT

District of _____

ACADIA INSURANCE COMPANY a/s/o
St. PAUL STREET, LLC

V.

NER CONSTRUCTION MGMT. INC.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 4-12557 WGY

TO: (Name and address of Defendant)

NER Construction Mgmt., Inc.
847 Woburn Street
Wilmington, MA 01887

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

*LAW OFFICE OF*
**PATRICK J. LOFTUS, III**
9 PARK STREET, SUITE 500
BOSTON, MA 02108
(617) 723-7770

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

_____   DEC 7 2004
                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 12-10-04 |
| NAME OF SERVER (PRINT) Russell Castagna | TITLE | Constable |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 867 Woburn St. Wilmington, MA accepted by Mr. Brian Neville, CEO

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $40.00 | | $40.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-10-04
              Date            Signature of Server

77 L St. Boston, MA 02127
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.