## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**ACADIA INS.**

**Plaintiff**                    **CIVIL ACTION**

**V.**                                  **NO. 04-12557-WGY**

**NER CONSTRUCTION MGMNT.**
                    **Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **ACADIA INSURANCE** for an order of Default for failure of the Defendant, **NER CONSTRUCTION** MGMNT. to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **19** day of **JANUARY, 2005**.

**TONY ANASTAS, CLERK**

**/s/ Elizabeth Smith**

**By:** _____

**Deputy Clerk**

**Notice mailed to:**
**Patrick Loftus**
**NER Construction Mgt.**

**(default.not - 10/96)**

**[ntcdflt.]**