UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ACADIA INSURANCE COMPANY, as
Subrogee of St. Paul Street, LLC

        Plaintiff

v.

NER CONSTRUCTION MGMT., INC.

        Defendant

CIVIL ACTION NO.
04-12557-WGY

## REQUEST TO ENTER CLERK'S DEFAULT JUDGMENT

TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF MASSACHUSETTS

Plaintiff, Acadia Insurance Company, as subrogee of St. Paul Street, LLC requests that the Clerk of Court enter a default judgment against NER Construction Mgmt., Inc., in the amount of $999,704.64, plus taxable costs, as authorized by Rule 55(b)(1) of the Federal Rules of Civil Procedure. In support of this request, plaintiff Acadia Insurance Company states:

1.     The Clerk of this Court has already entered the default of defendant as a consequence of its failure to timely plead or otherwise respond to Plaintiff's Complaint. The default was entered on January 19, 2005, as indicated by the docket entry.

2.     Plaintiff Acadia Insurance Company's claim is for a sum certain, $999,704.64, plus costs.

3.     Defendant NER Construction Mgmt., Inc. is not a minor or an incompetent person.

4.     Defendant is not currently in the military service.

5.	The amount of the judgment to be entered, as indicated in the attached motion and affidavit in support of motion, is due and owing.

Dated: 6/28, 2005

Respectfully submitted,

*Patrick J. Loftus*, by

Patrick J. Loftus, III, Esquire
9 Park Street, Suite 500
Boston, MA 02108
617-723-7770

Co-Counsel
Robert M. Caplan, Esquire
Daniel J. Luccaro, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000
Attorneys for Plaintiff

8

## CERTIFICATE OF SERVICE

I, Patrick J. Loftus, III, Esquire, do hereby certify that on this 29th day of June, 2005, I served a true and correct copy of plaintiff's Motion for Default Judgment, Request to Enter Default Judgment and Affidavit in Support thereof and supporting documentation via first class U.S. mail, postage prepaid, upon the following:

NER Construction Mgmt., Inc.
867 Woburn Street
Wilmington, MA 01887

Patrick J. Loftus, III, Esquire