## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the above documents in the case of **Acadia Insurance Company v. NER Construction, C.A. No. 04-12557 WGY** on the party listed below by fax and first class mail.

Patrick J. Loftus III, Esq.
No. 9 Park Street, Ste. 500
Boston, MA 02108

Date: July 6, 2005

_____
Conrad J. Bletzer, Jr.