UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT 17  A 9: 38

U.S. DISTRICT COURT
DISTRICT OF MASS.

ACADIA INSURANCE COMPANY, as
subrogee of St. Paul Street, LLC

        Plaintiff

v.

NER CONSTRUCTION MGMT., INC.

        Defendant

CIVIL ACTION NO.
04-12557-WGY

## STIPULATION OF DISMISSAL

NOW COME Plaintiff, ACADIA INSURANCE COMPANY, as subrogee of St. Paul Street, LLC, and Defendant, NER CONSTRUCTION MGMT., INC., by and through their undersigned counsel, and hereby stipulate that this matter is dismissed with prejudice. Each party is to bear its own attorney's fees and costs.

s/ Patrick J. Loftus
Patrick J. Loftus, III, Esquire
9 Park Street, Suite 500
Boston, MA  02108
617-723-7770

*Attorneys for Plaintiff, ACADIA INSURANCE COMPANY, as subrogee of St. Paul Street, LLC*

BLETZER & BLETZER, P.C.

s/ Conrad J. Bletzer, Jr.
Conrad J. Bletzer, Jr., Esquire
300 Market Street
Brighton, MA  02135
617-254-8900

*Attorneys for Defendant, NER CONSTRUCTION MGMT., INC.*